IN THE CIRCUIT COURT OF THE 6TH JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, FLORIDA

CASE NO.:

12010641CI-011

CACH, LLC,

    Plaintiff,

vs.

YINESKA M ROLLIN,

    Defendant(s).

_____/

COMPLAINT

RECEIVED
CIVIL COURT RECORDS
AUG 29 2012
KEN BURKE
CLERK CIRCUIT COURT
PINELLAS COUNTY

COMES NOW the Plaintiff CACH, LLC, by and through its undersigned Counsel, and sues Defendant YINESKA M ROLLIN, and states as follows:

### GENERAL ALLEGATIONS

1. This is an action for damages that exceeds $15,000.00 and is within the jurisdictional limits of this Honorable Court.

2. Plaintiff has been informed and believes that Defendant YINESKA M ROLLIN is an individual who currently resides within the jurisdictional boundaries of Pinellas county, therefore making this Court the proper venue to bring the instant action.

3. Upon Defendant, YINESKA M ROLLIN's request, Bank of America, N.A. n/k/a FIA CARD SERVICES, N.A., established a credit account in the name of Defendant, YINESKA M ROLLIN, either by application, telephone or internet, and pursuant to the terms of said application issued a credit account bearing the account number XXXXXXXXXXXX1222.

4. Prior to the commencement of this action, Plaintiff, CACH, LLC acquired Defendant's account originated by Bank of America, N.A. n/k/a FIA CARD SERVICES, N.A.. See Affidavit and Bill of Sale attached as Composite Exhibit "A".

5. Although numerous demands have been made by Plaintiff, CACH, LLC upon Defendant, YINESKA M ROLLIN for payment, no part has been paid and is now due and owing together with interest.

6. Plaintiff and its predecessors have duly performed all promises, conditions precedent and agreements as required.

7. Plaintiff CACH, LLC has been forced to retain the law firm Federated Law Group, PLLC, for representation in this action.



EXHIBIT A1

8. This is an attempt to collect a debt and any information obtained herein will be used for that purpose.

## COUNT I – UNJUST ENRICHMENT

Plaintiff readopts and re-alleges allegations one (1) through eight (8) above and further states as follows:

9. Plaintiff, CACH, LLC, conferred a benefit to and rendered valuable services on the Defendant, YINESKA M ROLLIN by opening a credit account and providing credit pursuant to a request made by Defendant, YINESKA M ROLLIN.

10. Defendant, YINESKA M ROLLIN received and used, or authorized the use, of the credit extended by Plaintiff, knowing that Plaintiff expected to be repaid for all charges and advances incurred with said credit, together with interest thereon.

11. By extending the aforementioned benefits and services to Defendant, YINESKA M ROLLIN and by Defendant utilizing said benefits and services, Plaintiff, CACH, LLC is entitled to be compensated for same.

12. With each use of the credit account, Plaintiff paid money on behalf of Defendant, YINESKA M ROLLIN to the merchant or merchants with whom said account was used.

13. Because of the facts and circumstances occurring between the parties to this lawsuit, it would be inequitable for Defendant, YINESKA M ROLLIN, to retain the benefits bestowed upon it, by Plaintiff, without paying the value thereof.

14. Defendant, YINESKA M ROLLIN, has been unjustly enriched at the expense of, and to the detriment of Plaintiff, CACH, LLC in the sum of $14,561.32 plus interest in the amount of $687.40 at the default rate of 14.24% beginning on 02/10/2012 through 06/10/2012 for a total amount owed by Defendant, YINESKA M ROLLIN of $15,248.72 to Plaintiff, CACH, LLC.

WHEREFORE, Plaintiff CACH, LLC respectfully requests this Honorable Court enter Judgment in its favor against Defendant YINESKA M ROLLIN in the sum of $15,248.72 together with Court costs and interest as described herein and any other just and further relief as this Honorable Court deems just and proper.

## COUNT II – ACCOUNT STATED

Plaintiff readopts and re-alleges allegations one (1) through eight (8) above and further states as follows:

15. Statements were rendered monthly to Defendant, YINESKA M ROLLIN, and Defendant, YINESKA M ROLLIN at no point objected to the charges incurred or the balance due and failed to dispute the account or any charges thereon within sixty (60) days after


EXHIBIT A2

receiving the account statements thereby agreeing to the resulting balance. A copy of the charge off statement and any other available statements is attached hereto and incorporated herein as Composite Exhibit "B".

16. By submitting payments in response to the monthly statements rendered and delivered, the Defendant, YINESKA M ROLLIN, accepted the resulting balance.

17. The Defendant, YINESKA M ROLLIN owes Plaintiff, CACH, LLC the amount of $15,248.72 which includes the amount owed as of the issuance of the charge off statement plus interest at the default credit agreement rate of 14.24%.

WHEREFORE, Plaintiff CACH, LLC respectfully requests this Honorable Court enter Judgment in its favor against Defendant YINESKA M ROLLIN in the sum of $15,248.72 together with Court costs and interest as described herein and any other just and further relief as this Honorable Court deems just and proper.

Dated: August 07, 2012

_____
Bryan Manno, Esq.
FEDERATED LAW GROUP, PLLC
13205 U.S. Highway 1, Suite 555
Juno Beach, Florida 33408
Tel: (888) 362-7684
Fax: (800) 391-2178
Email: bmanno@federatedlaw.com
Florida Bar No.: 0414573

**EXHIBIT A3**

# EXHIBIT A

File #: 120002924178



EXHIBIT A4


Bank of America

## EXHIBIT C

## BILL OF SALE AND ASSIGNMENT OF LOANS

The undersigned Assignor ("Assignor") on and as of the date hereof hereby absolutely sells, transfers, assigns, sets-over, quitclaims and conveys to CACH, LLC, a Limited Liability Company organized under the laws of Colorado ("Assignee") without recourse and without representations or warranties of any type, kind, character or nature, express or implied, subject to Buyer's repurchase rights as set forth in Sections 8.1 and 8.2, all of Assignor's right, title and interest in and to each of the loans identified in the loan schedule ("Loan Schedule") attached hereto (the "Loans"), together with the right to all principal, interest or other proceeds of any kind with respect to the Loans remaining due and owing as of the Cut-Off Date applicable to such Loans as set forth in the Loan Sale Agreement pursuant to which the Loans are being sold (including but not limited to proceeds derived from the conversion, voluntary or involuntary, of any of the Loans into cash or other liquidated property).

DATED: September 23, 2010.

ASSIGNOR: FIA CARD SERVICES, N.A.

Name: Debra L Pellicciaro
Title: Vice President



Fresh Randoms Sale 4/14/10

EXHIBIT A5

Fax: 302.432.0420
Bank of America, Asset Sales
Deerfield II, 855 Peoples Mill Road, Newark, DE 19711

# EXHIBIT B

File #: 120002924178



EXHIBIT A6

# Bank of America

YINESKA M ROLLIN  
Account Number: ████████ 1222  
July 15 - August 12, 2010

**Account Information:**  
www.bankofamerica.com

Mail billing inquiries to:  
Bank of America  
P.O. Box 15026  
Wilmington, DE 19850-5026

Mail payments to:  
Bank of America  
P.O. Box 851001  
Dallas, TX 75285-1001

Customer Service:  
1.800.421.2110

(1.800.346.3178 TTY)

## Payment Information

| | |
|---|---|
| New Balance Total | $14,561.32 |
| Current Payment Due | $359.00 |
| Past Due Amount | $2,381.00 |
| Total Minimum Payment Due | $2,740.00 |
| Payment Due Date | 9/10/10 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $39.00.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay | You will pay off the balance shown on this statement in about | And you will end up paying an estimated total of |
|---|---|---|
| Only the minimum payment | 31 years | $32,941.59 |

If you would like information about credit counseling services, call 1-866-300-5238.

## Account Summary

| | |
|---|---|
| Previous Balance | $14,344.90 |
| Payments and Other Credits | 0.00 |
| Purchases and Adjustments | 0.00 |
| Fees Charged | 39.00 |
| Interest Charged | 177.42 |
| New Balance Total | $14,561.32 |
| Credit Line | $15,800.00 |
| Statement Closing Date | 8/12/10 |
| Days in Billing Cycle | 29 |

## Transactions

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| | | **Fees** | | | | |
| 08/10 | 08/10 | LATE FEE FOR PAYMENT DUE 08/10 | 4344 | | 39.00 | |
| | | TOTAL FEES FOR THIS PERIOD | | | | $39.00 |
| | | **Interest Charged** | | | | |
| 08/12 | 08/12 | Interest Charged on Balance Transfers | | | 0.00 | |
| 08/12 | 08/12 | Interest Charged on Cash Advances | | | 54.31 | |
| | | continued on next page... | | | | |

11   01456132002740000002500000████████1222

---

BANK OF AMERICA  
P.O. BOX 851001  
DALLAS, TX 75285-1001

Account Number: ████████ 1222

| | |
|---|---|
| New Balance Total | $14,561.32 |
| Minimum Payment Due | 2,740.00 |
| Payment Due Date | 09/10/10 |

Enter payment amount  $

☐ Check here for a change of mailing address or phone numbers.  
Please provide all corrections on the reverse side.  
Mail this coupon along with your check payable to: Bank of America

YINESKA M ROLLIN  
915 SANDPIPER WAY S  
SAINT PETERSBURG FL 33707-3035

**EXHIBIT A7**

⑈574072250⑈      1222⑈

| IMPORTANT INFORMATION ABOUT THIS ACCOUNT | USE511 Rev. 08/10 |

## CUSTOMER TIPS FOR DISPUTED ITEMS

Many times disputed charges are legitimate charges that customers may not recognize or remember. Before disputing a charge, we recommend that you verify a few things and make every effort to resolve the dispute with the merchant. Often the merchant can answer your questions and easily resolve your dispute. The merchant's phone number may be located on your receipt or billing statement.

- Has a credit posted to your account?
  Please allow up to 30 days from the date on your credit voucher or acknowledgement letter for the merchant credit to post.

- Is the charge or amount unfamiliar?
  Check with other persons authorized to use the account to make sure they did not make the charge. It is possible that the merchants' billing names and store names are different or amounts can easily be confused with similar charges or include tips.

One way to check for the credits or to view transaction details is to look at your account statements online. If you are not enrolled in Online Banking, it is easy to enroll using the web address on the front of your statement or give us a call.

Please remember: Once you receive your statement with a transaction you wish to dispute, you only have 60 days to dispute the charge.



**ONLINE**
Online Banking is available 24 hours a day, 7 days a week and allows you to view the most recent activity on your account.



**PHONE**
1.866.260.0212
For prompt service, please have the merchant reference number(s) available for the charge(s) in question.

**MAIL**
Attn: Billing Inquiries PO Box 15026, Wilmington, DE 19850-5026
When writing, please include Your Name, Account Number, the reference number of the disputed item and specific details regarding your dispute, including dates of contact with the merchant and the merchant's response in each instance. Please include all supporting documentation, including sales and credit vouchers, contract and postage return receipts as proof of any returns.

## GRACE PERIOD/PAYING INTEREST

"Grace Period" means the period of time during a billing cycle when you will not accrue interest on certain transactions or balances. There is no Grace Period for Balance Transfers or Cash Advances; we begin charging interest on Balance Transfers and Cash Advances on the transaction date. We will not charge interest on Purchases on the next statement if you pay the New Balance Total in full by the Payment Due Date, and you had paid in full by the previous Payment Due Date.

**CALCULATION OF BALANCES SUBJECT TO INTEREST RATE**
Average Balance Method (including new Balance Transfers and new Cash Advances):

We calculate separate Balances Subject to an Interest Rate for Balance Transfers, Cash Advances, and for each Promotional Offer balance consisting of Balance Transfers or Cash Advances. We do this by: (1) calculating a daily balance for each day in this statement's billing cycle; (2) calculating a daily balance for each day prior to this statement's billing cycle that had a "Pre-Cycle balance" - a Pre-Cycle balance is a Balance Transfer or a Cash Advance with a transaction date prior to this statement's billing cycle but with a posting date within this statement's billing cycle; (3) adding all the daily balances together; and (4) dividing the sum of the daily balances by the number of days in this statement's billing cycle.

To calculate the daily balance for each day in this statement's billing cycle, we take the beginning balance, add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, add new Balance Transfers, new Cash Advances and Transaction Fees, and subtract applicable payments and credits. If any daily balance is less than zero we treat it as zero.

To calculate a daily balance for each day prior to this statement's billing cycle that had a Pre-Cycle balance, we take the beginning balance attributable solely to Pre-Cycle balance (which will be zero on the transaction date of the first Pre-Cycle balance), add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, and add only the applicable Pre-Cycle balances, and their related Transaction Fees. We exclude from this calculation all transactions posted in previous billing cycles.

Average Daily Balance Method (including new Purchases):
We calculate separate Balances Subject to an Interest Rate for Purchases and for each Promotional Offer balance consisting of Purchases. We do this by: (1) calculating a daily balance for each day in the billing cycle; (2) adding all the daily balances together; and (3) dividing the sum of the daily balances by the number of days in the billing cycle.

To calculate the daily balance for each day in this statement's billing cycle, we take the beginning balance, add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, add new Purchases, new Account Fees, and new Transaction Fees, and subtract applicable payments and credits. If any daily balance is less than zero we treat it as zero.

We include the fees for credit card debt cancellation or credit insurance purchased through us in calculating the beginning balance for the first day of the billing cycle after the billing cycle in which such fees are billed.

**TOTAL INTEREST CHARGE COMPUTATION**
Interest Charges accrue and are compounded on a daily basis. To determine the Interest Charges we multiply each Balance Subject to Interest Rate by its applicable Daily Periodic Rate and that result by the number of days in the billing cycle. To determine the total Interest Charge for the billing cycle, we add the Periodic Rate Interest Charges together. A Daily Periodic Rate is calculated by dividing an Annual Percentage Rate by 365.

**HOW WE ALLOCATE YOUR PAYMENTS**
If your account has balances with different APRs, we will allocate the amount of your payment equal to the Total Minimum Payment Due to the lowest APR balances first (including transactions made after this statement). Payment amounts in excess of your Total Minimum Payment Due will be applied to balances with higher APRs before balances with lower APRs.

**IMPORTANT INFORMATION ABOUT PAYMENTS BY PHONE**
When using the optional Pay-by-Phone service, you authorize us to initiate an electronic payment from your account at the financial institution you designate. You must authorize the amount and timing of each payment. For your protection, we will ask for security information. A fee may apply for expedited service. To cancel, call us before the scheduled payment date. Same-day payments cannot be edited or canceled.

**MISCELLANEOUS**
For the complete terms and conditions of your account, consult your Credit Card Agreement. FIA Card Services is a tradename of FIA Card Services, N.A. This account is issued and administered by FIA Card Services, N.A.

## PAYMENTS

We credit mailed payments as of the date received, if the payment is: (1) received by 5 p.m. local time at the address shown on the remittance slip on the front of your monthly statement; (2) paid with a check drawn in U.S. dollars on a U.S. financial institution or a U.S. dollar money order; and (3) sent in the return envelope with only the remittance portion of your statement accompanying it. Payments received by mail after 5 p.m. local time at the remittance address on any day including the Payment Due Date, but that otherwise meet the above requirements, will be credited as of the next day. Payments made online or by phone will be credited as of the date of receipt if made by 5 p.m. Central time. Credit for any other payments may be delayed up to five days.

No payment shall operate as an accord and satisfaction without the prior written approval of one of our Senior Officers.

We process most payment checks electronically by using the information found on your check. Each check authorizes us to create a one-time electronic funds transfer (or process it as a check or paper draft). Funds may be withdrawn from your account as soon as the same day we receive your payment. Checks are not returned to you. For more information or to stop the electronic funds transfers, call us at the number listed on the front.

If you have authorized us to pay your credit card bill automatically from your savings or checking account with us, you can stop the payment on any amount you think is wrong. To stop payment, your letter must reach us at least three business days before the automatic payment is scheduled to occur.

If your billing address or contact information has changed, or if your address is incorrect as it appears on this bill, please provide all corrections here.

Address 1 _____

Address 2 _____

City _____

State _____  Zip _____

Area Code & Home Phone _____

Area Code & _____

**EXHIBIT A8**



■■■■■■■■■■ 1222
July 15 - August 12, 2010
Page 3 of 4

## Transactions continued

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| 08/12 | 08/12 | Interest Charged<br>Interest Charged on Purchases<br>TOTAL INTEREST FOR THIS PERIOD | | | 123.11 | $177.42 |

### 2010 Totals Year-to-Date

| Total fees charged in 2010 | $273.00 |
|---|---|
| Total interest charged in 2010 | $1,394.14 |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| | Annual Percentage Rate | Promotional Transaction Type | Promotional Offer ID | Balance Subject to Interest Rate | Interest Charges by Transaction Type |
|---|---|---|---|---|---|
| Balance Transfers | 14.24%V | | | $ 0.00 | $ 0.00 |
| Cash Advances | 19.24%V | | | $ 3,552.81 | $ 54.31 |
| Purchases | 14.24%V | | | $10,881.57 | $123.11 |

APR Type Definitions: Daily Interest Rate Type: V= Variable Rate (rate may vary)

EXHIBIT A9



YINESKA M ROLLIN
Account Number: ██████████ 1222
July 15 - August 12, 2010

### Account Information:
www.bankofamerica.com

Mail billing inquiries to:
Bank of America
P.O. Box 15026
Wilmington, DE 19850-5026

Mail payments to:
Bank of America
P.O. Box 851001
Dallas, TX 75285-1001

Customer Service:
1.800.421.2110

(1.800.340.3178 TTY)

### Payment Information

| | |
|---|---|
| New Balance Total | $14,561.32 |
| Current Payment Due | $359.00 |
| Past Due Amount | $2,381.00 |
| Total Minimum Payment Due | $2,740.00 |
| Payment Due Date | 9/10/10 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $39.00.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 31 years | $32,941.59 |

If you would like information about credit counseling services, call 1-866-300-5238.

### Account Summary

| | |
|---|---|
| Previous Balance | $14,344.90 |
| Payments and Other Credits | 0.00 |
| Purchases and Adjustments | 0.00 |
| Fees Charged | 39.00 |
| Interest Charged | 177.42 |
| New Balance Total | $14,561.32 |
| Credit Line | $15,800.00 |
| Statement Closing Date | 8/12/10 |
| Days in Billing Cycle | 29 |

### Transactions

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| 08/10 | 08/10 | **Fees** <br> LATE FEE FOR PAYMENT DUE 08/10 <br> TOTAL FEES FOR THIS PERIOD | 4344 | | 39.00 | $39.00 |
| 08/12 | 08/12 | **Interest Charged** <br> Interest Charged on Balance Transfers | | | 0.00 | |
| 08/12 | 08/12 | Interest Charged on Cash Advances <br> continued on next page... | | | 54.31 | |

---

11    01456132002740000002500000 ██████████ 1222

BANK OF AMERICA
P.O. BOX 851001
DALLAS, TX 75285-1001

Account Number: ██████████ 1222

| | |
|---|---|
| New Balance Total | $14,561.32 |
| Minimum Payment Due | 2,740.00 |
| Payment Due Date | 09/10/10 |

YINESKA M ROLLIN
915 SANDPIPER WAY S
SAINT PETERSBURG FL 33707-3035

Enter payment amount $ _____

☐ Check here for a change of mailing address or phone numbers.
Please provide all corrections on the reverse side.
Mail this coupon along with your check payable to: Bank of America



EXHIBIT A10

:5240 22250:   ██████████ 1222

**IMPORTANT INFORMATION ABOUT THIS ACCOUNT**                                                    USE511 Rev. 08/10

### CUSTOMER TIPS FOR DISPUTED ITEMS

Many times disputed charges are legitimate charges that customers may not recognize or remember. Before disputing a charge, we recommend that you verify a few things and make every effort to resolve the dispute with the merchant. Often the merchant can answer your questions and easily resolve your dispute. The merchant's phone number may be located on your receipt or billing statement.

- **Has a credit posted to your account?**
  Please allow up to 30 days from the date on your credit voucher or acknowledgement letter for the merchant credit to post.

- **Is the charge or amount unfamiliar?**
  Check with other persons authorized to use the account to make sure they did not make the charge. It is possible that the merchants' billing names and store names are different or amounts can easily be confused with similar charges or include tips.

One way to check for the credits or to view transaction details is to look at your account statements online. If you are not enrolled in Online Banking, it is easy to enroll using the web address on the front of your statement or give us a call.

Please remember: Once you receive your statement with a transaction you wish to dispute, you only have 60 days to dispute the charge.


**ONLINE**
Online Banking is available 24 hours a day, 7 days a week and allows you to view the most recent activity on your account.


**PHONE**
1.866.266.0212
For prompt service, please have the merchant reference number(s) available for the charge(s) in question.


**MAIL**
Attn: Billing Inquiries PO Box 15026, Wilmington, DE 19850-5026
When writing, please include Your Name, Account Number, the reference number of the disputed item and specific details regarding your dispute, including dates of contact with the merchant and the merchant's response in each instance. Please include all supporting documentation, including sales and credit vouchers, contract and postage return receipts as proof of any returns.

### GRACE PERIOD/PAYING INTEREST

"Grace Period" means the period of time during a billing cycle when you will not accrue interest on certain transactions or balances. There is no Grace Period for Balance Transfers or Cash Advances; we begin charging interest on Balance Transfers and Cash Advances on the transaction date. We will not charge interest on Purchases on the next statement if you pay the New Balance Total in full by the Payment Due Date, and you had paid in full by the previous Payment Due Date.

### CALCULATION OF BALANCES SUBJECT TO INTEREST RATE

Average Balance Method (including new Balance Transfers and new Cash Advances):

We calculate separate Balances Subject to an Interest Rate for Balance Transfers, Cash Advances, and for each Promotional Offer balance consisting of Balance Transfers or Cash Advances. We do this by: (1) calculating a daily balance for each day in this statement's billing cycle; (2) calculating a daily balance for each day prior to this statement's billing cycle that had a "Pre-Cycle balance" – a Pre-Cycle balance is a Balance Transfer or a Cash Advance with a transaction date prior to this statement's billing cycle but with a posting date within this statement's billing cycle; (3) adding all the daily balances together; and (4) dividing the sum of the daily balances by the number of days in this statement's billing cycle.

To calculate the daily balance for each day in this statement's billing cycle, we take the beginning balance, add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, add new Balance Transfers, new Cash Advances and Transaction Fees, and subtract applicable payments and credits. If any daily balance is less than zero we treat it as zero.

To calculate a daily balance for each day prior to this statement's billing cycle that had a Pre-Cycle balance, we take the beginning balance attributable solely to Pre-Cycle balance (which will be zero on the transaction date of the first Pre-Cycle balance), add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, and add only the applicable Pre-Cycle balances, and their related Transaction Fees. We exclude from this calculation all transactions posted in previous billing cycles.

Average Daily Balance Method (including new Purchases):

We calculate separate Balances Subject to an Interest Rate for Purchases and for each Promotional Offer balance consisting of Purchases. We do this by: (1) calculating a daily balance for each day in the billing cycle; (2) adding all the daily balances together; and (3) dividing the sum of the daily balances by the number of days in the billing cycle.

To calculate the daily balance for each day in this statement's billing cycle, we take the beginning balance, add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, add new Purchases, new Account Fees, and new Transaction Fees, and subtract applicable payments and credits. If any daily balance is less than zero we treat it as zero.

We include the fees for credit card debt cancellation or credit insurance purchased through us in calculating the beginning balance for the first day of the billing cycle after the billing cycle in which such fees are billed.

### TOTAL INTEREST CHARGE COMPUTATION

Interest Charges accrue and are compounded on a daily basis. To determine the Interest Charges we multiply each Balance Subject to Interest Rate by its applicable Daily Periodic Rate and that result by the number of days in the billing cycle. To determine the total Interest Charge for the billing cycle, we add the Periodic Rate Interest Charges together. A Daily Periodic Rate is calculated by dividing an Annual Percentage Rate by 365.

### HOW WE ALLOCATE YOUR PAYMENTS

If your account has balances with different APRs, we will allocate the amount of your payment equal to the Total Minimum Payment Due to the lowest APR balances first (including transactions made after this statement). Payment amounts in excess of your Total Minimum Payment Due will be applied to balances with higher APRs before balances with lower APRs.

### IMPORTANT INFORMATION ABOUT PAYMENTS BY PHONE

When using the optional Pay-by-Phone service, you authorize us to initiate an electronic payment from your account at the financial institution you designate. You must authorize the amount and timing of each payment. For your protection, we will ask for security information. A fee may apply for expedited service. To cancel, call us before the scheduled payment date. Same-day payments cannot be edited or canceled.

### MISCELLANEOUS

For the complete terms and conditions of your account, consult your Credit Card Agreement. FIA Card Services is a tradename of FIA Card Services, N.A. This account is issued and administered by FIA Card Services, N.A.

### PAYMENTS

We credit mailed payments as of the date received, if the payment is: (1) received by 5 p.m. local time at the address shown on the remittance slip on the front of your monthly statement; (2) paid with a check drawn in U.S. dollars on a U.S. financial institution or a U.S. dollar money order; and (3) sent in the return envelope with only the remittance portion of your statement accompanying it. Payments received by mail after 5 p.m. local time at the remittance address on any day including the Payment Due Date, but that otherwise meet the above requirements, will be credited as of the next day. Payments made online or by phone will be credited as of the date of receipt if made by 5 p.m. Central time. Credit for any other payments may be delayed up to five days.

No payment shall operate as an accord and satisfaction without the prior written approval of one of our Senior Officers.

We process most payment checks electronically by using the information found on your check. Each check authorizes us to create a one-time electronic funds transfer (or process it as a check or paper draft). Funds may be withdrawn from your account as soon as the same day we receive your payment. Checks are not returned to you. For more information or to stop the electronic funds transfers, call us at the number listed on the front.

If you have authorized us to pay your credit card bill automatically from your savings or checking account with us, you can stop the payment on any amount you think is wrong. To stop payment, your letter must reach us at least three business days before the automatic payment is scheduled to occur.

If your billing address or contact information has changed, or if your address is incorrect as it appears on this bill, please provide all corrections here.

Address 1 _____

Address 2 _____

City _____

State _____ Zip _____

Area Code & Home Phone _____

Area Code & _____


EXHIBIT A11



**Bank of America**

████████ 1222
July 15 - August 12, 2010
Page 3 of 4

## Transactions continued

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| 08/12 | 08/12 | Interest Charged<br>Interest Charged on Purchases<br>TOTAL INTEREST FOR THIS PERIOD | | | 123.11 | $177.42 |

### 2010 Totals Year-to-Date

| | |
|---|---|
| Total fees charged in 2010 | $273.00 |
| Total interest charged in 2010 | $1,394.14 |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| | Annual Percentage Rate | Promotional Transaction Type | Promotional Offer ID | Balance Subject to Interest Rate | Interest Charges by Transaction Type |
|---|---|---|---|---|---|
| Balance Transfers | 14.24%V | | | $ 0.00 | $ 0.00 |
| Cash Advances | 19.24%V | | | $ 3,552.81 | $ 54.31 |
| Purchases | 14.24%V | | | $10,881.57 | $123.11 |

APR Type Definitions: Daily Interest Rate Type: V= Variable Rate (rate may vary)

EXHIBIT
A12

IN THE CIRCUIT COURT OF THE 6TH JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, FLORIDA

CACH, LLC,

    Plaintiff,

vs.

YINESKA M ROLLIN,

    Defendant(s).

_____/

CASE NO.: 12 0 1 0 6 4 1 CI.-011

**SUMMONS**

9-11-12  6:10p

DT AA 2747

THE STATE OF FLORIDA:
To each Sheriff of the State:

YOU ARE COMMANDED to serve this Summons and a copy of the Complaint or Petition in this action on the following Defendant:

YINESKA M ROLLIN, Golden Gate Apts, 4450 40th Ave N Unit D14, Saint Petersburg, FL 33714-4302

Each Defendant is required to serve written defenses to the Complaint or petition on Plaintiff's attorney and with this Court whose addresses are as follows:

BRYAN MANNO, ESQ.
FEDERATED LAW GROUP, PLLC
13205 U.S. Highway 1, Suite 555
Juno Beach, Florida 33408
1-888-362-7684

PINELLAS COUNTY COURTHOUSE
315 COURT STREET ROOM 170
CLEARWATER, FLORIDA 33756

A lawsuit has been filed against you. You have twenty (20) calendar days after this summons is served on you to file a written response to the attached Complaint in this Court. A phone call will not protect you; your written response including the above case number and named parties, must be filed if you want the Court to hear your case. If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court you must also mail, or take a copy of your written response to the Plaintiff's Attorney named above.

DATED ON    AUG 2 9 2012

Ken Burke, Clerk of the Court

By: _____
Deputy Clerk
COURT SEAL

**EXHIBIT A13**

## IMPORTANT

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Within two (2) working days or your receipt of this Summons please contact the Human Rights Office, 400 S. Ft. Harrison Ave., Ste. 300, Clearwater, FL 33756, (727) 464-4062 (V/TDD). The court does not provide transportation and cannot accommodate for this service. Persons with disabilities needing transportation to court should contact their local public transportation providers for information regarding disabled transportation services.



EXHIBIT A14